UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

KIM MARIE J.,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-------------------------------------x

**MEMORANDUM & ORDER**
21-CV-6472 (EK)(VMS)

ERIC KOMITEE, United States District Judge:

The Court has received Chief Magistrate Judge Scanlon's Report and Recommendation (R&R) dated July 27, 2026. ECF No. 29. Judge Scanlon recommends that the Court grant Pierre Pierre Law, P.C. ("PPL")'s motion for attorneys' fees pursuant to 42 U.S.C. § 406(b) and award counsel $12,695.09. Judge Scanlon further recommends that counsel be directed to promptly refund to plaintiff the $9,785.00 in Equal Access to Justice Act ("EAJA") fees that they have already received. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Scanlon's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, PPL's motion for attorneys' fees pursuant to 42 U.S.C. § 406(b) is granted and such fees are awarded in the amount of $12,695.09, to be paid by the Commissioner out of the proceeds awarded to plaintiff as past-due benefits. Within five business days of receiving the Section 406(b) fees, plaintiff's counsel is ordered to refund to plaintiff the $9,785 in attorney's fees previously awarded pursuant to the EAJA, and to file a declaration stating they have done so on the docket.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: August 13, 2026
Brooklyn, New York